UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
NOV 22 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| *Plaintiff,* | ) |
| v. | ) Cause No. 1:17-cr- |
| ROBIN AURS, | ) 1  17-cr- 0231 WTL -DML |
| *Defendant.* | ) |

INFORMATION

The United States Attorney charges that:

COUNT ONE
(Engaging in the Business of Dealing Firearms without a License)
18 U.S.C. § 922(a)(1)(A)

Between on or about February 28, 2017, and on or about May 8, 2017, within the Southern District of Indiana, Indianapolis Division, and elsewhere within the jurisdiction of the Court, the defendant,

ROBIN AURS,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

Joe H. Vaughn, FAUSA, for
JOSH J. MINKLER
UNITED STATES ATTORNEY

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

    Jeffrey D. Preston, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

                                            Jeffrey D. Preston
                                            Assistant United States Attorney

    Subscribed and sworn to before me, a notary public, on this 8th day of November, 2017.

                                            Notary Public

My Commission Expires

June 27, 2022

My County of Residence:

Hendricks



2